UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARLEN JAMAHL WILLIAMS,<br><br>    Defendant/Judgment Debtor,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Garnishee. | Case No. MC17-0056RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Arlen Jamahl Williams, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Costco Wholesale Corporatio. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on June 12, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 13th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge